**COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:     Amanda Salinas v. The State of Texas

Appellate case number:   01-12-00357-CR
01-12-00358-CR
01-12-00359-CR

Trial court case number: 1310368
1310376
1310939

Trial court:             179th District Court of Harris County, Texas

　　　Supplemental clerk's records containing certifications showing that the appellant has the right of appeal have been filed.  Therefore, we order these appeals **reinstated**.

　　　These appeals are at issue and may be set for submission at any time.

　　　It is so ORDERED.


Judge's signature: /s/ <u>Justice Rebeca Huddle</u>
　　　　　　　☑ Acting individually　　☐ Acting for the Court


Date:  October 4, 2012